Page 1
Motion

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 05 2026
PER KR
DEPUTY CLERK

JULIAN DEUERLEIN,
Plaintiff,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION (FMCSA),
Defendant.

Civil Action No. 3:26-cv-554 (leave blank)

COMPLAINT FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF
(28 U.S.C. § 1361; 5 U.S.C. § 702; Privacy Act, 5 U.S.C. § 552a)

I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1361 (mandamus to compel agency duty), 28 U.S.C. § 1331 (federal question), and 5 U.S.C. § 552a(g) (Privacy Act civil actions).

2. Venue is proper in the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1391(e)

Page 2
Motion

because Plaintiff resides in Carbondale, Pennsylvania.

## II. PARTIES

3. Plaintiff Julian Deuerlein is a CDL holder residing at 12 Beech St, Carbondale, PA 18407.
4. Defendant Federal Motor Carrier Safety Administration (FMCSA) is an agency of the United States located in Washington, D.C.

## III. FACTS

5. Plaintiff holds a valid Pennsylvania CDL essential to his employment.
6. FMCSA maintains inaccurate and incomplete violation records in Plaintiff's Drug & Alcohol Clearinghouse file under Petition/Reference No. 4880279.
7. Four violations were removed last year, yet a new violation later appeared showing only "Under Review" with no company name, no violation details, and no supporting information.
8. These erroneous entries have placed Plaintiff in prohibited status, preventing him from working.
9. Plaintiff has repeatedly contacted FMCSA (including emails, a formal Privacy Act

correction request, and a Federal Tort Claims Act claim) with no response. See Exhibit A (Federal Tort Claims Act claim) and Exhibit B (DataQs petition 4880279).

10. Plaintiff has exhausted (or substantially exhausted) available administrative remedies, including repeated emails, a formal Privacy Act correction request, and the Federal Tort Claims Act claim referenced above, all with no response from FMCSA.

11. Plaintiff is scheduled to begin new employment in three weeks (April 2026) and will suffer irreparable harm without immediate correction, including loss of income and inability to support my family!

IV. CLAIM FOR RELIEF – WRIT OF MANDAMUS

12. FMCSA has a clear, non-discretionary duty under the Privacy Act (5 U.S.C. § 552a) and 49 CFR Part 10 to maintain accurate records and correct inaccuracies upon proper request.

13. FMCSA has failed or refused to perform that duty.

14. Plaintiff has no adequate alternative remedy.

V. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

a. Issue a Writ of Mandamus compelling Defendant to immediately correct or remove the erroneous "Under Review" violation from Plaintiff's Clearinghouse record;

b. Declare the current record inaccurate and in violation of law;

c. Enjoin Defendant from continuing to enforce the erroneous entry;

d. Award costs and any other relief the Court deems just.

EXHIBITS

Exhibit A: Federal Tort Claims Act claim submitted to FMCSA [add date/submission proof, e.g., SF-95 form and email/copy].

Exhibit B: Clearinghouse screenshots showing "Under Review" violation.

Exhibit C: DataQs petition 4880279.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jul Deu Pro SE Signature:

3/5/2026

Julian Deuerlein