Certificate of Use of Generative AI

I, Julian Deuerlein, the undersigned party (pro se), certify as follows pursuant to the standing orders of the United States District Court for the Middle District of Pennsylvania regarding the use of generative artificial intelligence (including, but not limited to, those issued by judges such as Magistrate Judge Karoline Mehalchick, Magistrate Judge Phillip Caraballo, and Magistrate Judge Sean A. Camoni):

The specific generative AI tool that was used is: Grok (built by xAI).
The portions of the filing prepared or assisted by the AI program include: research on federal mandamus procedure (28 U.S.C. § 1361), Privacy Act claims (5 U.S.C. § 552a), exhaustion requirements, service of process on federal agencies (Fed. R. Civ. P. 4(i)), suggested language and structure for the Complaint, and general drafting support in preparing the Complaint for Writ of Mandamus, Declaratory Judgment, and Injunctive Relief against the Federal Motor Carrier Safety Administration.
I have personally checked and verified the accuracy of any portion of the document generated or assisted by AI, including all citations, legal authority, facts, and arguments presented. I confirm that all cited cases, statutes, rules, and factual statements are real, accurate, correctly applied, and free of any hallucinations, fabricated citations, or unsupported claims from the AI. I understand that failure to comply with the Court's requirements on generative AI may result in sanctions. I have also reviewed relevant ethical guidance, including the Joint Formal Opinion of the Pennsylvania Bar Association and Philadelphia Bar Association regarding the use of Artificial Intelligence.

Dated: March 4, 2026
/s/ Julian Deuerlein
Julian Deuerlein (Pro Se)
12 Beech Street
Carbondale, PA 18407
Phone: (570) 468-2901